**Opinion issued January 10, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00436-CV

———————————

**ARACELI ZAPATA D/B/A EL SUPER, VELJACO CORP., INC, D/B/A EL SUPER MEAT MARKET & TAQUERIA AND CARMEN GLORIA VELJANOVICH, Appellants**

**V.**

**CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, THE CITY OF WEBSTER, AND HARRIS COUNTY, Appellees**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-04925**

---

## MEMORANDUM OPINION

Appellants, Araceli Zapata d/b/a El Super, Veljaco Corp., Inc, d/b/a El Super

Meat Market & Taqueria and Carmen Gloria Veljanovich, have failed to timely file

their appellate brief. *See* TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). On October 20,

2016, this Court ordered appellants to file their brief, without a reporter's record, within thirty days of that Order. *See id.* 37.3(c), 38.6(a). Because appellants failed to timely file their brief, the Clerk of this Court notified appellants on December 9, 2016, that this appeal was subject to dismissal if they failed to timely file their appellate brief or an extension motion within ten days of the date of that notice. *See id.* 38.8(a)(1), 42.3(c). Appellants failed to file a timely response.

Accordingly, we dismiss this appeal for want of prosecution for failure to timely file a brief. *See id.* 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.